```
        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,      )
                               )          4:99CR3051
            Plaintiff,         )
                               )
     vs.                       )          ORDER
                               )
MELVIN L. SMITH,               )
                               )
            Defendant.         )
```

IT IS ORDERED that a revocation hearing is tentatively set to commence at **11:30 a.m.** on **June 15, 2006**, before the Hon. Lyle E. Strom, United States Senior District Judge, Courtroom #5, Roman L. Hruska U.S. Courthouse, Omaha, Nebraska.

Dated: April 11, 2006

BY THE COURT

s/ David L. Piester
_____
United States Magistrate Judge