IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )       4:99CR3051
                               )
     v.                        )
                               )
MELVIN L. SMITH,               )       ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue final hearing (Filing No. 109). The Court notes plaintiff has no objection thereto. Accordingly,

IT IS ORDERED that the hearing on petition for warrant or summons for offender under supervision (Filing No. 95) is rescheduled for:

**Friday, September 1, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 22nd day of June, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court