IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3051 |
| | ) | |
| v. | ) | |
| | ) | |
| MELVIN L. SMITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court after hearing on the petition for warrant or summons for offender under supervision (Filing No. 107). Final dispositional hearing will be continued. Accordingly,

IT IS ORDERED that the hearing on petition for warrant or summons for offender under supervision (Filing No. 100) is rescheduled for:

**Friday, January 5, 2007, at 11 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 8th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court