IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3051 |
| | ) | |
| v. | ) | |
| | ) | |
| MELVIN L. SMITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court defendant's motion to continue final hearing on the petition for warrant or summons for offender under supervision (Filing No. 122). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; hearing on petition for warrant or summons for offender under supervision (Filing No. 100) is rescheduled for:

**Friday, January 12, 2007, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 4th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court