IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3051 |
| | ) | |
| v. | ) | |
| | ) | |
| MELVIN L. SMITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion (Filing No. 127) to dismiss the petition for warrant or summons for offender under supervision (Filing No. 100). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. The petition for warrant or summons for offender under supervision is dismissed. All other pending petitioners (Filing Nos. 95, 107, and 115) are dismissed.

DATED this 6th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court