IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,         )
                                  )
            Plaintiff,            )      4:99CR3051
                                  )
      v.                          )
                                  )
MELVIN L. SMITH,                  )      ORDER
                                  )
            Defendant.            )
_____)
```

This matter is before the Court pursuant to the Report to the Court for Offender Under Supervision (Filing No. 130) filed October 22, 2007. On November 19, 2007, the defendant appeared before the Court, with counsel, and admitted the allegations described in numbered paragraphs 1, 2, 3 and 4. The Court finds the defendant has violated the terms of his supervised release. The matter proceeded to disposition.

The Court heard argument from the parties regarding disposition. The Court finds the defendant's supervised release should be revoked. Accordingly,

IT IS ORDERED:

1) Defendant's supervised release is revoked and he is committed to the custody of the Bureau of Prisons to serve a term of one year and one day. Defendant shall be given credit for time served since November 7, 2007.

2) Following his release from incarceration, no further term of supervised release is imposed.

DATED this 19th day of November, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 200__.

 

 

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 200__ to _____, with a certified copy of this judgment.

 

_____
UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 200___.

 

_____
UNITED STATES WARDEN

By: _____