IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3051 |
| | ) | |
| v. | ) | |
| | ) | |
| MELVIN L. SMITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of Julie B. Hansen and the Office of the Federal Public Defender to withdraw as counsel (Filing No. 142). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Julie B. Hansen and the Office of the Federal Public Defender are deemed withdrawn as counsel of record for defendant.

DATED this 25th day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court